# CORPORATE RESOLUTION

At a meeting of the Board of Directors held on September 6, 2011 it was determined to be in the best interests of Famous Famiglia Pizza Tysons Corner to file for Chapter 11.

Famous Famiglia Pizza Tysons Corner

Dated: New York, New York
September 6, 2011

/s/ Cliff Gonzalez
By: Cliff Gonzalez
President